IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FT. SMITH DIVISION

ARKANSAS OKLAHOMA GAS
CORPORATION                                                                                   PLAINTIFF

VS.                             CASE NO. 2:21-cv-02073-PKH

BP ENERGY COMPANY                                                                  DEFENDANT

## COMPLAINT

Plaintiff Arkansas Oklahoma Gas Corporation ("AOG"), for its Complaint against defendant BP Energy Company ("BP"), hereby states and alleges as follows:

1.　　AOG brings this action to recover $34,401,735.25 in cover damages owed to it by BP as a result of BP's failure to deliver natural gas to AOG on February 15 – 19, 2021, as required by contract.

### PARTIES

2.　　Plaintiff AOG is an Arkansas corporation with its principal place of business in Ft. Smith, Arkansas. AOG is a distribution utility that provides natural gas to approximately 60,000 residential, commercial, industrial and agricultural customers in Arkansas and Oklahoma.

3.　　Defendant BP is a Delaware corporation with its principal place of business in Houston, Texas. BP sells and trades natural gas.

### JURISDICTION AND VENUE

4.　　The Court has jurisdiction over this matter pursuant to 28 U.S.C.

§ 1332 because the matter is between citizens of different states and the amount in controversy exceeds $75,000.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to the claim occurred in this District. Among other things, BP negotiated the Contract with AOG personnel located in Ft. Smith, Arkansas; BP accepted AOG's order of natural gas placed from Ft. Smith, Arkansas; BP failed to deliver natural gas to AOG intended for distribution in Arkansas; BP's failure to natural gas caused AOG injury in Arkansas; and BP sent its purported "Notice of Force Majeure" (described in greater detail below) to AOG in Ft. Smith, Arkansas.

## STATEMENT OF FACTS

6. AOG and BP are parties to a contract (the "Contract") in which BP agrees to provide AOG with up to 30,000 MMBtu of natural gas per day, upon AOG's demand, at a specified price. The Contract is comprised of a Base Contract dated December 1, 2016, and a Transaction Confirmation executed on January 13, 2017, and January 16, 2017. The Base Contract itself consists of two components: a Base Contract for Sale of Purchase of Natural Gas ("Base Contract"), on a standard form published by the North American Energy Standards Board ("NAESB"); and a four-page supplement entitled "Special Provisions Attached to and Forming Part of the Base Contract for Sale and Purchase of Natural Gas" dated December 1, 2016. A true and correct copy of the Base Contract is attached hereto as Exhibit A, and a true and correct copy of the Transaction Confirmation is attached hereto as Exhibit B.

7.  As reflected in the Trade Confirmation, the Contract provides that BP shall deliver such quantity of natural gas, as AOG shall request, up to a maximum of 30,000 MMBtu per day, to AOG at the AOG Pocola delivery point (the "Delivery Point") on the Ozark Gas Transmission, L.L.C. pipeline ("Ozark Pipeline").

8.  AOG, pursuant to the Contract, requested that BP furnish 30,000 MMBtu of natural gas to AOG at the Delivery Point on February 15, 2021. BP, however, furnished only 17,446 MMBtu of natural gas to AOG at the Delivery Point on February 15, 2021.

9.  As a direct result of BP's failure to deliver 12,544 MMBtu of natural gas to AOG at the Delivery Point on February 15, 2021, AOG was required to purchase 12,544 MMBtu of natural gas from sources other than BP at a cost of $4,415,678.14 more than AOG would have paid BP for the gas pursuant to the Contract.

10. AOG, pursuant to the Contract, requested that BP furnish 30,000 MMBtu of natural gas to AOG at the Delivery Point on February 16, 2021. BP, however, furnished only 8,203 MMBtu of natural gas to AOG at the Delivery Point on February 16, 2021.

11. As a direct result of BP's failure to deliver 21,797 MMBtu of natural gas to AOG at the Delivery Point on February 16, 2021, AOG was required to purchase 21,797 MMBtu of natural gas from sources other than BP at a cost of $7,682,768.29 more than AOG would have paid BP for the gas pursuant to the Contract.

2290547-v1

12. AOG, pursuant to the Contract, requested that BP furnish 30,000 MMBtu of natural gas to AOG at the Delivery Point on February 17, 2021. BP, however, furnished no natural gas to AOG at the Delivery Point on February 17, 2021.

13. As a direct result of BP's failure to deliver any natural gas to AOG at the Delivery Point on February 17, 2021, AOG was required to purchase 30,000 MMBtu of natural gas from sources other than BP at a cost of $8,803,550.00 more than AOG would have paid BP for the gas pursuant to the Contract.

14. AOG, pursuant to the Contract, requested that BP furnish 30,000 MMBtu of natural gas to AOG at the Delivery Point on February 18, 2021. BP, however, furnished no natural gas to AOG at the Delivery Point on February 18, 2021.

15. As a direct result of BP's failure to deliver any natural gas to AOG at the Delivery Point on February 18, 2021, AOG was required to purchase 30,000 MMBtu of natural gas from sources other than BP at a cost of $12,744,050.00 more than AOG would have paid BP for the gas pursuant to the Contract.

16. AOG, pursuant to the Contract, requested that BP furnish 30,000 MMBtu of natural gas to AOG at the Delivery Point on February 19, 2021. BP, however, furnished only 5,301 MMBtu of natural gas to AOG at the Delivery Point on February 19, 2021.

17. As a direct result of BP's failure to deliver 24,699 MMBtu of natural gas to AOG at the Delivery Point on February 19, 2021, AOG was required to

purchase 24,699 MMBtu of natural gas from sources other than BP at a cost of $755,688.82 more than AOG would have paid BP for the gas pursuant to the Contract.

18. Pursuant to Section 3.2 of the Base Contract for Sale and Purchase of Natural Gas, BP is obligated to compensate AOG for the $34,401,735.25 that AOG was required to pay, above the price set forth in the Contract, to obtain natural gas to cover what BP failed to deliver on February 15 – 19, 2021.

19. On March 12, 2021, pursuant to the Contract, AOG invoiced BP for the $34,401,735.25 in cover damages. (AOG sent a corrected invoice to BP on March 29, 2021, affirming the daily amounts paid set forth in the original invoice but correcting a computational error regarding the sum of the daily amounts paid.)

20. BP has refused to pay the $34,401,735.25 in cover damages. Instead, on March 17, 2021, BP sent AOG a "Notice of Force Majeure," in which BP purported to excuse itself from any obligations under the Contract beginning on February 12, 2021.

21. Section 11.5 of the Base Contract for Sale and Purchase of Natural Gas provides that, to be effective, any notice that a party's performance under the Contract is prevented by Force Majeure must be provided, in writing, "with reasonably full particulars of the event or occurrence . . . as soon as reasonably possible." BP did not issue its "Notice of Force Majeure" until March 17, 2021, more than a month after the commencement of the alleged event of Force Majeure, and only after AOG had invoiced BP for the cover damages, rendering the Notice and

BP's attempt to excuse its performance obligations under the Contract invalid. The purported "Notice of Force Majeure," furthermore, did not contain the requisite "reasonably full particulars" of a legitimate Force Majeure notice.

22. Section 11.1 of the Base Contract for Sale and Purchase of Natural Gas further provides that a party may invoke Force Majeure to excuse its failure to perform under the Contact only "to the extent such failure was caused by Force Majeure." The "extreme weather conditions and historic freezing temperatures" cited by BP in its untimely "Notice of Force Majeure" did not cause BP's failure to perform. Natural gas was flowing in the Ozark Pipeline and could have been delivered by BP to AOG at the Delivery Point on each of the days at issue. On information and belief, BP could have fulfilled its obligations to AOG, but chose not to do so due to economic considerations. Section 11.2 of the Base Contract for Sale and Purchase of Natural Gas expressly provides that economic considerations do not constitute events of Force Majeure.

## COUNT I
## BREACH OF CONTRACT

23. AOG incorporates by reference the allegations contained in paragraphs 1 - 22 as if fully set forth herein.

24. AOG has performed all of its obligations under the Contract.

25. BP has materially breached the Contract by failing to deliver 30,000 MMBtu of natural gas daily to AOG at the Delivery Point on February 15 – 19, 2021.

26. As a direct and proximate result of BP's material breach of the

Contract, AOG has been damaged in an amount of $34,401,735.25, which reflects the cost of cover for the natural gas not delivered by BP.

27. Additionally, AOG is entitled, pursuant to Tex. Civ. Prac. & Rem. § 38.001(8), to its costs and attorney's fees incurred in connection with BP's breach of contract.

28. AGO demands a trial by jury on all issues of fact.

**WHEREFORE**, Plaintiff Arkansas Oklahoma Gas Corporation prays that this Court enter judgment in favor of Arkansas Oklahoma Gas Corporation and against BP Energy Company for breach of contract in the amount of $34,401,735.25, plus prejudgment interest; award Arkansas Oklahoma Gas Corporation its costs and attorney's fees; and grant Arkansas Oklahoma Gas Corporation such other and further relief as the Court may find just and proper.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PHONE:      (501) 371-0808
FAX:        (501) 376-9442
E-MAIL:     mnorton@wlj.com
            kwilson@wlj.com
            ztrail@wlj.com

By: *N.M. Norton*
    N. M. Norton (74114)
    Kyle R. Wilson (89118)
    Zachary R. Trail (2018171)

AND

Creighton R. Magid
Steven A. Weiler
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3000
Magid.chip@dorsey.com
weiler.steve@dorsey.com

(TO BE ADMITTED *PRO HAC VICE*)

Attorneys for Arkansas Oklahoma Gas Corporation