# EXHIBIT B

Doc Version: 1

## TRANSACTION CONFIRMATION
## FOR IMMEDIATE DELIVERY



Trade Date: 07/02/2008
BP Contract ID: 1702906
BP Deal ID: 3230537

| This Transaction Confirmation confirms the terms of the transaction between the parties and is subject to the terms and conditions of the Base Contract dated 12/01/2016. |||
|---|---|---|
| **Seller:** || **Buyer:** |
| Rep: Paul Miller || Attn: Glenda Williams |
| || Gas Buyer |
| BP Energy Company || Arkansas Oklahoma Gas Corporation |
| 201 Helios Way |||
| Houston, TX 77079 |||
| **Broker:** || Phone: (479) 783-3181 |
| || Fax: (479) 784-2095 |
| ICE TradeVault USI/UTI: 10303499894E665E09FDD6499F9FF7D0982222F6BF |||
| **Deal Term:** | **Begin:** 10/01/2008 | **End:** 04/30/2024 |
| Delivery Period: | Start Date: 01/01/2017 | End Date: 04/30/2024 |
| Pipeline: | Ozark Gas Transmission, L.L.C. | Quantity Total by Delivery Point: 0 / MMBTU / Daily |
| Delivery Point(s): | AOG Pocola (185001800) / AOG POCOLA ||
| Contract Price: | {E Tx- NGPL Tex/OK zone GD}*1.013+0.03 / USD / MMBTU ||
| Performance Obligation and Contract Quantity: || VARFIRMQTY: 0 / MMBTU / Daily |

| Start Date - End Date: | Fee Type | Price Currency | Quantity UOM |
|---|---|---|---|
| 01/01/2017 - 01/31/2017 | Supply Reservation Charge | {Days in the month}*0.54*30000 USD | |
| 02/01/2017 - 02/28/2017 | Supply Reservation Charge | {Days in the month}*0.54*30000 USD | |
| 03/01/2017 - 03/31/2017 | Supply Reservation Charge | {Days in the month}*0.54*27000 USD | |
| 04/01/2017 - 04/30/2017 | Supply Reservation Charge | {Days in the month}*0.54*13000 USD | |
| 10/01/2017 - 10/31/2017 | Supply Reservation Charge | {Days in the month}*0.54*7500 USD | |
| 11/01/2017 - 11/30/2017 | Supply Reservation Charge | {Days in the month}*0.54*27000 USD | |
| 12/01/2017 - 02/28/2018 | Supply Reservation Charge | {Days in the month}*0.54*30000 USD | |
| 03/01/2018 - 03/31/2018 | Supply Reservation Charge | {Days in the month}*0.54*27000 USD | |
| 04/01/2018 - 04/30/2018 | Supply Reservation Charge | {Days in the month}*0.54*13000 USD | |
| 10/01/2018 - 10/31/2018 | Swing Demand | {Days in the month}*0.54*7500 USD | |
| 11/01/2018 - 11/30/2018 | Swing Demand | {Days in the month}*0.54*27000 USD | |
| 12/01/2018 - 12/31/2018 | Swing Demand | {Days in the month}*0.54*30000 USD | |
| 01/01/2019 - | Swing Demand | {Days in the month}*0.54*30000 | |

| Start Date - End Date: | Fee Type | Price<br>Currency | Quantity<br>UOM |
|---|---|---|---|
| 01/31/2019 | | USD | |
| 02/01/2019 - 02/28/2019 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 03/01/2019 - 03/31/2019 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 04/01/2019 - 04/30/2019 | Swing Demand | {Days in the month}*0.54*13000<br>USD | |
| 10/01/2019 - 10/31/2019 | Swing Demand | {Days in the month}*0.54*7500<br>USD | |
| 11/01/2019 - 11/30/2019 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 12/01/2019 - 12/31/2019 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 01/01/2020 - 01/31/2020 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 02/01/2020 - 02/29/2020 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 03/01/2020 - 03/31/2020 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 04/01/2020 - 04/30/2020 | Swing Demand | {Days in the month}*0.54*13000<br>USD | |
| 10/01/2020 - 10/31/2020 | Swing Demand | {Days in the month}*0.54*7500<br>USD | |
| 11/01/2020 - 11/30/2020 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 12/01/2020 - 12/31/2020 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 01/01/2021 - 01/31/2021 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 02/01/2021 - 02/28/2021 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 03/01/2021 - 03/31/2021 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 04/01/2021 - 04/30/2021 | Swing Demand | {Days in the month}*0.54*13000<br>USD | |
| 10/01/2021 - 10/31/2021 | Swing Demand | {Days in the month}*0.54*7500<br>USD | |
| 11/01/2021 - 11/30/2021 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 12/01/2021 - 12/31/2021 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 01/01/2022 - 01/31/2022 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 02/01/2022 - 02/28/2022 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 03/01/2022 - 03/31/2022 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 04/01/2022 - 04/30/2022 | Swing Demand | {Days in the month}*0.54*13000<br>USD | |
| 10/01/2022 - 10/31/2022 | Swing Demand | {Days in the month}*0.54*7500<br>USD | |
| 11/01/2022 - 11/30/2022 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |

| Start Date - End Date: | Fee Type | Price<br>Currency | Quantity<br>UOM |
|---|---|---|---|
| 12/01/2022 - 12/31/2022 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 01/01/2023 - 01/31/2023 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 02/01/2023 - 02/28/2023 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 03/01/2023 - 03/31/2023 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 04/01/2023 - 04/30/2023 | Swing Demand | {Days in the month}*0.54*13000<br>USD | |
| 10/01/2023 - 10/31/2023 | Swing Demand | {Days in the month}*0.54*7500<br>USD | |
| 11/01/2023 - 11/30/2023 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 12/01/2023 - 12/31/2023 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 01/01/2024 - 01/31/2024 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 02/01/2024 - 02/29/2024 | Swing Demand | {Days in the month}*0.54*30000<br>USD | |
| 03/01/2024 - 03/31/2024 | Swing Demand | {Days in the month}*0.54*27000<br>USD | |
| 04/01/2024 - 04/30/2024 | Swing Demand | {Days in the month}*0.54*13000<br>USD | |

As of the Trade Date this transaction is a "Commodity Trade Option" (meaning a "commodity option" as defined in CFTC Regulation 1.3(hh) entered into pursuant to CFTC Regulation 32.3(a)):

(a)  the party that is the offeree represents that it is: (1) a producer, processor, commercial user of, or a merchant handling, the commodity that is the subject of the Commodity Trade Option, or the products or by-products thereof; and (2) entering into the Commodity Trade Option solely for purposes related to its business as such; and

(b)  each party represents to the other that the Commodity Trade Option, if exercised, contains a binding obligation for immediate or deferred shipment or delivery of the subject commodity.

Further, the non-reporting counterparty agrees to the following:

1.  It will provide the reporting party with its "Legal Entity Identifier" as soon as possible; and

2.  It will notify the reporting party of any "life cycle event" (as such term is defined in CFTC Regulation 45.1) no later than 10 a.m. on the second business day following the day on which such life cycle event occurs.

**Special Conditions:**

In the event that any surcharge is added through a rate proceeding to Ozark Pipeline Tariff for Transportation and Park and Loan services and is applicable to BP in serving this transaction, then these incremental costs will be passed through to AOG as an reimbursement to BP. Due to this being a No-Notice service the Gas Daily Price used will be the GDD reported two business days following the actual flow date. The commodity price is GD TEXOK flat plus fuel plus commodity (including any surcharges).

Please confirm the foregoing correctly sets forth the terms of our agreement with respect to this Transaction by signing in the space provided below and returning a copy of the executed confirmation within five (5) business days of receipt. Failure to respond by providing

a signed copy of this Transaction Confirmation or an objection to any specific terms to which the counterparty does not agree will be deemed acceptance of the terms hereof.

If you have any questions, please contact the Confirmation Department by:

Fax -   (281) 227-8470
email - NAGPconfirmations@bp.com

| BP Energy Company | Arkansas Oklahoma Gas Corporation |
|---|---|
| By: Paul Miller | By: Glenda Williams |
| Date: 01/13/2017 | Date: 1/16/2017 |