IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FT. SMITH DIVISION

**ARKANSAS OKLAHOMA GAS**
**CORPORATION**                                                                                   **PLAINTIFF**

vs.                          **CASE NO. 2:21-cv-02073-PKH**

**BP ENERGY COMPANY**                                                  **DEFENDANT**

## MOTION FOR ADMISSION OF
## RICHARD C. PEPPERMAN II TO PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Defendant BP Energy Company files this Motion for Admission of Richard C. Pepperman II to Practice *Pro Hac Vice* and would respectfully show the Court:

1.     James D. Rankin III has been retained to represent Defendant in this case. Mr. Rankin is a partner with PPGMR Law, PLLC and maintains an office at 201 E. Markham Street, Suite 200, Little Rock, Arkansas 72201. His phone number is 501.603.9000. The Court and opposing counsel may readily communicate with Mr. Rankin regarding the conduct of this case.

2.     Mr. Rankin is a member in good standing of the Bar of this Court.

3.     Richard C. Pepperman II has also been retained to represent Defendant in this case. Mr. Pepperman is a partner with Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004. His phone number is 212.558.3493.

4.     Mr. Pepperman is a member in good standing of the State Bar of New York and is also admitted to practice in the United States District Courts for the Southern District of New York, Western District of New York, Eastern District of New York, Eastern District of Michigan, and Western District of Michigan, as well as the Courts of Appeals for the District of Columbia Circuit, Federal Circuit, Second Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Sixth Circuit, Ninth

Circuit, and Eleventh Circuit, and the United States Supreme Court. Mr. Pepperman affirms to the jurisdiction of this Court in matters of discipline and to the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas.

5. Mr. Pepperman has not been the subject of any disciplinary action or proceedings by any court during his licensure as an attorney.

WHEREFORE, BP Energy Company respectfully requests that the Court enter an order admitting Richard C. Pepperman II to appear *pro hac vice* on its behalf in this case.

> Respectfully Submitted,
>
> /s/ James D. Rankin III
> James D. Rankin III, AR Bar #93197
> Julie D. Greathouse, AR Bar #99159
> Samuel S. McLelland, AR Bar #2020101
> *Attorneys for Defendant*
> **PPGMR Law, PLLC**
> P.O. Box 3446
> Little Rock, AR 72203
> Telephone: (501) 603-9000
> Facsimile: (501) 603-0556
> E-mail: jim@ppgmrlaw.com
> julie@ppgmrlaw.com
> sam@ppgmrlaw.com