UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ARKANSAS OKLAHOMA GAS
CORPORATION                                                                                     PLAINTIFF

v.                                         No. 2:21-CV-02073

BP ENERGY COMPANY                                                                        DEFENDANT

**AMENDED JUDGMENT**

Pursuant to the opinion and order entered in this case on May 24, 2023, IT IS HEREBY ADJUDGED that Plaintiff Arkansas Oklahoma Gas Corporation shall have and recover from Defendant BP Energy Company $18,033,617.90 in damages on Plaintiff's claim for breach of contract. Postjudgment interest on these damages will accrue at the rate of 4.91% per annum from the date of May 24, 2023 until paid.

Pursuant to the opinion and order entered in this case on today's date, IT IS FURTHER ADJUDGED that Plaintiff shall have and recover from Defendant $2,640,567.53 in prejudgment interest, $1,485,166.00 in attorney fees, and $74,772.98 in costs. Postjudgment interest on these awards of prejudgment interest, fees, and costs will accrue at the rate of 5.33% per annum from the date of entry of this amended judgment until paid.

Plaintiff has no remaining claims, as its claim for unjust enrichment was previously DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 31st day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE